

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00287-CR
No. 07-16-00288-CR

ANTWAN MARQUSE KING, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court Nos. 11,735 & 11,736, Honorable Dan Mike Bird, Presiding

December 13, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court are two motions to dismiss appeal both signed by appellant, Antwan Marquse King, and his attorney. Without passing on the merits of the cases, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

Per Curiam

Do not publish.